UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SABRE INDUSTRIES INC | CIVIL ACTION NO. 19-cv-934 |
| VERSUS | JUDGE DOUGHTY |
| JOSEPH MCLAURIN | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 82] previously filed herein, and having thoroughly reviewed the record, including the written Objection [Doc. No. 86], and Reply [Doc. No. 87], and, concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Sabre's motion to find MXS in contempt [Doc. No. 71] is **GRANTED**, and that MXS is found in civil contempt for non-compliance with the Court's discovery order;

**IT IS FURTHER ORDERED** that MXS shall pay sanctions to Sabre in the amount of $7,500.00 within fourteen (14) days, or no later than November 23, 2020; and,

**IT IS FURTHER ORDERED** that MXS shall comply with the entirety of the remaining Court's order within seven (7) days, or no later than November 16, 2020.

THUS DONE AND SIGNED at Monroe, Louisiana, this 9th day of November, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE